# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ADAM JULIUS GRAHAM, ) | |
| AIS # 313269, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:18-CV-888-WKW |
| ) | |
| BILLY McCLOUD and COFFEE ) | |
| COUNTY JAIL, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On December 7, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 5.) After an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that this case is DISMISSED without prejudice.

A separate Final Judgment will be entered.

DONE this 9th day of January, 2019.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE